IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PEGGY THOMPSON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 17-cv02415 |
| ) | |
| DART TRANSIT COMPANY ) | |
| AND ) | |
| HAROLD ENSCH, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF REMOVAL**

TO:   The Honorable Judges for the United States District Court for the District of Kansas;

and

Dawn M. Parsons
Richard Lombardo
Shaffer Lombardo Shurin
2001 Wyandotte
Kansas City, MO 64108
ATTORNEYS FOR PLAINTIFFS

and

Clerk of the District Court of Wyandotte County, Kansas

COME NOW defendants Dart Transit Company (hereafter "Dart") and Harold Ensch (hereafter "Ensch"), by and through their attorneys of record, Baker Sterchi Cowden & Rice, L.L.C., of Overland Park, Kansas, and pursuant to 28 U.S.C. §§1441 and 1446, remove this action from the District Court of Wyandotte County, Kansas, to the United States District Court for the District of Kansas.

As grounds for this removal, defendants Dart and Ensch state the following:

1. This is an action in which the District Courts of the United States have been given original jurisdiction under the provisions of 28 U.S.C. §1332 in that, upon information and

belief, diversity of citizenship exists between plaintiff and defendants based upon the allegations of plaintiff's Petition, and the amount in controversy exceeds the sum of Seventy-Five Thousand Dollars ($75,000), exclusive of interest and costs.

2. On June 12, 2017, plaintiff filed an action against these defendants in the District Court of Wyandotte County, Kansas, captioned <u>Peggy Thompson v. Dart Transit Company and Harold Ensch,</u> Wyandotte County District Court, Case No. 2017-CV-000501.

3. Based on plaintiff's Petition, defendants Dart and Ensch reasonably believe and state that plaintiff Peggy Thompson is now and was at the time of the commencement of this action, a resident and citizen of the state of Kansas.

4. Defendant Dart is now and was at the time of the commencement of this action, a Minnesota corporation with its principal place of business in the State of Minnesota.

5. Defendant Ensch is now and was at the time of the commencement of this action, a resident and citizen of the state of Wisconsin.

6. Based upon fair reading of the plaintiff's Petition, defendants Dart and Ensch reasonably believe and state that plaintiff seeks recovery of a sum in excess of Seventy-Five Thousand Dollars ($75,000), exclusive of interest and costs; therefore, the amount in controversy exceeds $75,000 exclusive of interest and costs.

7. The registered agent for defendant Dart was served with a Summons and Petition on or about June 23, 2017.

8. Defendant Ensch was served with a Summons and Petition on or about June 25, 2017.

9. Thirty (30) days have not expired since the registered agent for defendant Dart received copies of the initial pleading setting forth plaintiff's claims for relief as defendant Dart was served on June 23, 2017.

10. Thirty (30) days have not expired since defendant Ensch received copies of the initial pleading setting forth plaintiff's claims for relief as defendant Ensch was served on June 25, 2017.

11. The United States District Court for the District of Kansas is the appropriate federal court for filing a Notice of Removal from the District Court of Wyandotte County, Kansas, where the action is pending. Accordingly, defendants Dart and Ensch seek to remove this action to the United States District Court for the District of Kansas.

12. Pursuant to 28 U.S.C. §1446(a), a copy of the Petition is attached hereto and marked as Exhibit "A". Copies of all other pleadings, process and orders served upon or obtained by defendants in this action are attached hereto and marked as Exhibit "B".

13. Pursuant to 28 U.S.C. §1446(d), defendants have served a copy of the Notice of Removal upon all adverse parties.

14. Pursuant to 28 U.S.C. §1446(d), defendants have filed a copy of the Notice of Removal with the Clerk of the District Court of Wyandotte County, Kansas.

15. Pursuant to 28 U.S.C. §1411(a), defendants Dart and Ensch hereby demand a trial by jury.

WHEREFORE, defendants Dart Transit Company and Harold Ensch remove this action from the District Court of Wyandotte County, Kansas, to the United States District Court for the District of Kansas.

. BAKER STERCHI COWDEN & RICE, LLC

/s/ Hal D. Meltzer
Hal D. Meltzer              KS #10121
51 Corporate Woods
9393 W. 110th St., Suite 500
Overland Park, Kansas 66210
(913) 451-6752
(816) 472-0288 Facsimile

**ATTORNEY FOR DEFENDANTS
DART TRANSIT COMPANY AND
HAROLD ENSCH**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing was sent electronically and/or mailed this 17th day of July, 2017, to the following:

Dawn M. Parsons
Richard Lombardo
Shaffer Lombardo Shurin
2001 Wyandotte
Kansas City, MO 64108

**ATTORNEY FOR PLAINTIFF**

/s/ Hal D. Meltzer